458 A.2d 263

Commonwealth v. Hahn, Appellant.

Submitted January 25, 1983. Joseph J. Huss, Assistant Public Defender, for appellant; William A. Behe, Deputy District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, CIRILLO and WATKINS, JJ.

Judgment of sentence affirmed.